**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

WILLIAM CULLEN,

     Plaintiff,

-vs-                               CASE NO.:  1:18-CV-01548-JBS-KMW

WELLS FARGO BANK, N.A. d/b/a WELLS
FARGO DEALER SERVICES

     Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, William Cullen, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to:

Martin C. Bryce, Jr., Esquire
Ballard Spahr LLC
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8238
Facsimile: (215) 864-8999
Bryce@BallardSpahr.com
*Attorney for Defendant*

Courtney C. Wenrick, Esquire
Severson & Werson
19100 Von Karman Ave Suite 700
Irvine, CA 92612
Phone: (949) 225-7214
Facsimile: (949) 442-7118
CCW@Severson.com
*Attorney for Defendant*

| */s/ Robert J. Nahoum* | */s/ Octavio Gomez* |
|---|---|
| Robert, J. Nahoum, Esquire | Octavio Gomez, Esquire |
| RN-4907 | Florida Bar No.: 0338620 |
| The Law Offices of Robert J. Nahoum, P.C. | Morgan & Morgan, Tampa, P.A. |
| | One Tampa City Center |
| 48 Burd Street, Suite 300 | 201 N Franklin Street, 7th Floor |
| Nyack, NY 10960 | Tampa, Florida 33602 |
| Telephone: (845) 875-9592 | Telephone: (813) 223-5505 |
| Facsimile: (888) 450-8640 | Facsimile: (813) 559-4845 |
| RJN@NahoumLaw.com | TGomez@ForThePeople.com |
| *Local Counsel for Plaintiff* | Secondary: RKnowles@ForThePeople.com |
| | *Attorney for Plaintiff* |